# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RECYTECH USA, INC. and HAN METAL USA, INC., | ) ) ) |
| Plaintiffs, | ) CIVIL ACTION |
| v. | ) FILE NO. 1:23-cv-05589-SEG ) |
| GRANGE INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) ) |

## CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR FILE RESPONSIVE PLEADINGS AND TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO ANY MOTION FILED ON DEADLINE FOR RESPONSIVE PLEADINGS

COME NOW Plaintiffs Recytech USA, Inc. and Han Metal USA, Inc. ("Plaintiffs") and Defendant Grange Insurance Company ("Grange"), by and through their undersigned attorneys, and move the Court to extend the time for Grange to answer, file responsive pleadings or motions, or otherwise respond to Plaintiffs' Complaint until January 22, 2024 and for Plaintiffs to respond to any motion filed by Grange on January 22, 2024 until February 22, 2024.

1.

Plaintiffs served Grange on December 19, 2023. The time for Grange to Answer or otherwise response to Plaintiffs' Complaint is presently January 9, 2024.

2.

Plaintiffs have agreed to stipulate to extend the time for Grange to file responsive pleadings or motions or otherwise respond to Plaintiffs' Complaint until January 22, 2024.

3.

Grange anticipates that it may file a Motion with or instead of an Answer. Plaintiff and Defendants respectfully request Plaintiffs have through and including February 22, 2024 to respond to any Motion filed with or instead of an Answer.

4.

This consent motion is made in good faith, and no prejudice will result to the parties as a result of the extension.

5.

A proposed order reflecting the agreed-upon extensions of time is submitted herewith.

*[SIGNATURES ON NEXT PAGE]*

Respectfully submitted this  9th  day of January, 2024.

| SWEETNAM SCHUSTER & SCHWARTZ, LLC<br><br>*/s/ Jared Siegel*<br>**[with express permission by Rebecca E. Strickland]**<br>Edwin Schwartz<br>Georgia No. 631037<br>Jared Siegel<br>Georgia Bar No. 113155<br>1050 Crown Pointe Parkway, Suite 500<br>Atlanta, Georgia 30338<br>Telephone: (470) 395-7842<br>Facsimile:  (770) 234-6779<br>eschwartz@sweetnamlau-•.com<br>jsiegel@sweetnamlaw.com | SWIFT, CURRIE, McGHEE & HIERS, LLP<br><br>*/s/  Rebecca E. Strickland*<br>Rebecca E. Strickland<br>Georgia State Bar No. 358183<br>*Attorneys for Defendant Grange Insurance Company*<br>1420 Peachtree Street, N.E.<br>Suite 800<br>Atlanta, GA 30309-3231<br>(404) 874-8800<br>rebecca.strickland@swiftcurrie.com |
|---|---|

**CERTIFICATION OF FONT**

We hereby certify that this pleading has been prepared with Times New Roman 14 point selection, as approved by the Court in L.R 5.1B.

This   9th   day of January, 2024.

                          Respectfully submitted,

                          SWIFT, CURRIE, McGHEE & HIERS, LLP

                          */s/ Rebecca E. Strickland*
                          Rebecca E. Strickland
                          Georgia State Bar No. 358183
                          *Attorneys for Defendant Grange Insurance Company*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3231
(404) 874-8800
rebecca.strickland@swiftcurrie.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing **CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR FILE RESPONSIVE PLEADINGS AND TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO ANY MOTION FILED ON DEADLINE FOR RESPONSIVE PLEADINGS** by e-filing same using the CM/ECF File & Serve System which will automatically send e-mail notification of said filing to the following attorneys of record:

Edwin Schwartz
Jared Siegel
SWEETNAM, SCHUSTER & SCHWARTZ LLC
1050 Crown Pointe Parkway, Suite 500
Atlanta, Georgia 30338
eschwartz@sweetnamlaw.com
*Attorney for Plaintiff*

This ___9th___ day of January, 2024.

                                       Respectfully submitted,

                                       SWIFT, CURRIE, McGHEE & HIERS, LLP

                                       /s/ Rebecca E. Strickland
                                       Rebecca E. Strickland
                                       Georgia State Bar No. 358183

1420 Peachtree Street, N.E.     *Attorney for Defendant Grange*
Suite 800                                          *Insurance Company*
Atlanta, GA 30309-3231
(404) 874-8800
rebecca.strickland@swiftcurrie.com
4857-6302-8891, v. 1